

No appearance for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is robbery by assault. The punishment assessed is confinement in the state penitentiary for a term of five years.

The record is before us without any bills of exceptions, objections to the court's charge and without a statement of facts. The indictment appears to be in due and legal form. Consequently, there is nothing presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

HAWKINS, Presiding Judge.

Appellant was tried before a jury upon a plea of not guilty to the charge of driving a motor vehicle on a public highway while intoxicated, was found guilty and his punishment assessed at a fine of $50.00 and 30 days in jail.

The record is before us without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## TUCKER v. STATE.
### No. 24512.

Court of Criminal Appeals of Texas.

Nov. 30, 1949.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

## BAWCUM v. STATE.
### No. 24518.

Court of Criminal Appeals of Texas.

Nov. 30, 1949.

No appearence for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is unlawful possession of narcotic drugs, to-wit: codeine, dilaudid,